UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN GUILLEN, | ) | Case No. CV 05-4519 VBF(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ JUDGMENT |
| v. | ) | |
| AL SCRIBNER, Warden, | ) | |
| Respondent. | ) | |

_____

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

    DATED: June 11, 2010

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE